Robert L. Hedrick
94886-279  Unit 5B11
Federal Bureau of Prisons
FCI-Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
& John K. Gerry Annex
4th and Cooper Streets #1050
Camden, N.J. 08101-2797

RECEIVED
JUN 12 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

June 9, 2025

Attn: Clerk of the Court

IN RE: Hedrick v. FCI Fort Dix et al.
Civil Case No. 1:25-cv-05100-RMB-MJS

I need the court to issue an "emergency order" to release me. I have asked and asked for release because I am "illegally" being held in the BOP after the BOP's negligence to release me in 2021 after my conviction was vacated in USDC TLSD #35 and mandate issued February 22, 2021.

Today Lt. Hamilton who has been sued by me in Texas and New Jersey for criminal assault and who oversaw the assaults in unit 5B11 rooms 135/136 on April 8, 2025 attempted to have FCI Fort Dix R&D ship me to another prison where I'm sure arrangements have been made to injure or kill me.

I need this court to order the DOJ/BOP to release me from wherever I am. I refuse to be transferred. I went to my 5B11 unit team counselor Mr. Eakins who reprocessed via electronic transmission my vacated judgment (Dkt 35) and mandate (Dkt 36) directly to Grand Prairie on Monday of last week.

I spoke with Eakins at 9:00 am today, who said he would call Burke in R&D about Grand Prairie. Eakins did not know about the morning's attempt.

Lt. Hamilton was in R&D supervising the attempt to get rid of me. Your immediate action is requested.

Sincerely,
Robert L. Hedrick Pro Se

Robert L. Hedrick
94880-279  Unit 5811
Federal Bureau of Prisons
FCI - Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

TRENTON NJ 085
10 JUN 2025 PM 5 L

RECEIVED
JUN 12 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th and Cooper Street  Room 1050
Camden, N. J. 08101-2797

Attn: Clerk of the Court
"Emergency Order and MTC to
DOJ/BOP needed to stop transfer"
Civil No. 1:25-cv-05100-RMB-MJS