Robert L Hedrick
94886-279  Tennessee B
Federal Bureau of Prisons
FCI Memphis
P.O. Box 34550
Memphis, TN 38134

United States District Court
District of New Jersey
Camden Vicinage
P.O. Bo 2797
Camden, N.J. 08101                    October 28, 2025

ATTN: Clerk of the Court

    In Re:  Hedrick v. Warden, FCI Fort Dix et al
        Civil No. 1:25-cv-5100-RMB-MJS

    Please file and docket the enclosed:
    "Motion for Summary Judgment"
in the above styled case and advise of receipt.

                      Sincerely,

                      Robert L. Hedrick Pro Se

RECEIVED
NOV 04 2025
AT 8:30 _____ M
CLERK U.S DISTRICT COURT - D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Robert L. Hedrick, §
    Plaintiff, §
         §
v. § Civ. No. 1:25-cv-5100-RMB-MJS
         §
Warden, FCI Fort Dix et al, §
    Defendants. §

MOTION FOR SUMMARY JUDGMENT
(Fed. R. Civ. P. 12(b)(6))

RECEIVED
NOV 04 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT-DNJ

## Jurisdiction

Jurisdiction has already been determined by the court upon docketing the case (Fed. R. Civ. P. 8(a)). In summary:

1. The court has subject matter jurisdiction under 28 U.S.C. § 1331 (Federal Question Jurisdiction) - Illegal Detainer.

2. The court has civil rights jurisdiction under 42 U.S.C. § 1983. The Federal Tort Claims Act 28 U.S.C. §§ 1346, 2671.

3. In addition the acts of the defendant's can be prosecuted under 18 U.S.C. § 1961 et seq. ("RICO"). However, This has been referred to the Attorney General of the United States - Pam Bondi.

## Venue

Venue is proper in this district under 28 U.S.C. § 1391(b)(2).

## Statement of Facts

In considering the court's quotations in Township of Lyndhurst, N.J. v. Priceline. Com Inc. 657 F.3d 148, 154 (3d Cir. 2011) and Ascroft v. Igbal, 556 U.S. 662, 678 (2009) the following facts are presented and supported by the "Affidavit of Kyle Ratta (Fed.Id. No. 72538-510) dated August 7, 2025 (EXHIBIT A) and follow-up to "Request to Convene New Grand Jury in the District of Columbia" dated September 10, 2025; Re: Additional Threats and assaults and civil and criminal fraud to cover-up Warden Rachall Thompson's April 8, 2025 "Operation Clean Sweep" at FCI-Fort Dix to Attorney General Pam Bondi on October 10, 2025 (EXHIBIT B).

It is "crystal clear" that this court does not have the jurisdiction to rule on criminal violations of Title 18 U.S.C. or criminal activity under "RICO".

The appropriate jurisdiction for these criminal activities rests

-1-

with the convening of a new grand jury in the D.C. Circuit or in the State of Texas.

However, the court has the jurisdiction over the monitary punishment for not only the April 8, 2025 injuries suffered by Hedrick, but also the "retaliation" by BOP officers during Hedrick's transportation from FCI-Fort Dix to FCI-Memphis and the threats made by inmates in Tennessee B and the failure to provide medical care for the injuries suffered by Hedrick caused by the physical assault by Officer N. Kumar et al.

### Witnesses

Accordingly, Hedrick <u>does not</u> amend his complaint. Instead, the following individual's who harrassed and threatened Hedrick at FCI-Memphis, Tennessee B will be considered first-hand witnesses to the attempts to harass, threaten, assault and kill Hedrick by Richard Alaniz et al. Hedrick has yet to fully identify all of the Neo-Nazi's, Aryan Nation and Sinaloa inmates involved (Witnesses), but submits the following information that the BOP can identify them from:

1. "Bubba" an member of Sinaloa.
2. Charlie _____.
3. "Jimbo"
4. "Shakes"
5. "Mitch"
6. _____ Mumma.

### Other Witnesses

1. Kyle Ratta (72538-510.
2. Rusty Fisher (11905-511)
3. Ezra West (71182-510).

### Prayer

Hedrick requests that the court issue, by default (Fed.R.Civ.P. 55(a) due to failure of defendants to respond to the complaint that:

1. Hedrick is to be immediately released from incarceration in the Federal Bureau of Prisons for "illegal detention". (See Dkt 35/ Dkt 36).

2. That Hedrick be awarded the monitary damages as demanded in the above-styled case for compensatory damages, actual damages, punitive damages, Federal taxes pre-paid, State taxes pre-paid and pre and post judgment interest for harassment, threats, assaults, and attempted murder, the physical injuries, pain and suffering.

-2-

Further, that the court award whatever it determines is just and fair for the future medical treatments Hedrick will require from the injuries he still suffers from Officer N. Kumars assaults.

Respectfully submitted,

Dated: October 28, 2025

_____
Robert L. Hedrick    Pro Se
94886-279         Tennessee B
Federal Bureau of Prisons
FCI Memphis
P.O. Box 34550
Memphis, TN 38134

AFFIDAVIT OF KYLE RATTA
(FED. ID. NO. 72538-510)

MY NAME IS KYLE RATTA (FED. ID. NO. 72538-510). I AM OVER 18 YEARS OF AGE. I AM AN INMATE IN THE FEDERAL BUREAU OF PRISONS (BOP) INCARCERATED AT FCI-MEMPHIS, UNIT TENNESSEE B, ROOM 425, P.O. BOX 34550, MEMPHIS, TN 38134.

I HAVE FIRST-HAND KNOWLEDGE OF THE FACTS PRESENTED HEREIN.

Robert L. Hedrick (Fed. Id. No. 94886-279) arrived at FCI-Memphis on June 18, 2025 and was assigned as my roommate.

SINCE HIS ARRIVAL I HAVE OBSERVED SEVERAL "VERBAL" THREATS AGAINST HEDRICK FROM SEVERAL NEO-NAZI'S AND MEMBERS OF THE ARYAN NATION WHO ARE ALSO ASSIGNED TO OUR UNIT. ONE WORKS IN THE LAUNDRY, KNOWN AS "BUDDY".

IT IS MY OPINION THAT THESE ARE NOT IDEAL THREATS. ACCORDINGLY, I HAVE MADE IT A POINT TO REMAIN CLOSE TO HEDRICK ON OUR MOVES TO CHOW TO WATCH FOR THREATS.

WHEN HEDRICK ARRIVED AT FCI MEMPHIS HE HAS SUFFERED SEVERE RIGHT HIP AND KNEE PAIN CAUSING HIM TO LIMP TO CHOW OR ANYWHERE IN THE UNIT. IT CAUSES HIM TO NOT SLEEP AT NIGHT, TOSSING AND TURNING. HE ALSO HAS A NAGGING COUGH WHICH DOES NOT STOP. EVEN USING COUGH DROPS FROM THE COMMISSARY, NOTHING HAS BEEN GIVEN TO HIM FROM THE MEDICAL CLINIC.

I SWEAR OR AFFIRM THAT THE ABOVE IS CORRECT BASED ON MY FIRST HAND OBSERVATION.

Kyle Ratta
KYLE RATTA
(72588-510)

DATED August 7, 2025.

Exhibit A

Robert L. Hedrick
94886-279   Tennessee B
Federal Bureal of Prisons
FCI Memphis
P.O. Box 34550
Memphis, TN 38184

Attorney General Pam Bondi
U.S. Department of Justic
950 Pennsylvana Avenue
Washington, DC. 20530                     October 10, 2025

SUBJECT: Follow-up to Request to Convene New Grand Jury
In the District of Columbia dtd September 10, 2025.
Re: Additional threats and assaults and Civil and Criminal Fraud to cover-up Warden Rachael Thompson April 8, 2025 "Operation Clean Sweep" at FCI Fort Dix

On August 7, 2025 an inmate known as "Bubba" who is in my unit and who works in the Laundry, threatened me and refused to give me my weekly hygiene items such as razor blades, shampoo, tooth brushes etc. See Affidavit of Kyle Ratta, (72538-510).

At that time, I filed an Inmate Complaint (BP-8) to the Warden which included the harassemtn and threats by "Bubba" and witnessed by Ratta. "Bubba" was put into the SHU for seven (7) days and was "fired" from his job in the Laundry where he was stealing BOP property (Boots/Shoes) and selling them to inmates.

At that time I was under the "false" impression that "Bubba" was a Neo-Nazi because that is who he "hung out" with. I have since found out the "Bubba" is, in fact, a memcber of "El Chapo's" SINALOA CARTEL. The same "El Chapo" who Richard Alaniz sells cocaine and weapons-of-war to. The same "El Chapo" shown in the photographs taken by MOSSAD at Groupa SA, a Homeland Security Recognized Cargo Screening Faciltiy in Bogota, Columbia where Richard Alaniz and "The Colonel" live which shows Richard Alaniz and "El Chapo" in front of the crate that the "Dirty Bomb" was shipped in; sent to my TSA-CCSF in Brownsville, Texas; sold to a "terrorist group" to destroy the City of Atlanta.

On September 10, 2025 I sent a request to "Convene a New Grand Jury in the District of Colombia, sent via Certified Mail Number 9589-8710-5270-1814-9271-08 addressed to:

Attorney Genaral Pam Bondi
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

This included information on the 81 attempts to harass, threaten, assault and murder me by Richard Alaniz et al and the Mexican/Columbia Drug Cartel's as well as the smuggling and smuggling of the "Dirty Bomb".

On October 6, 2025 at 8:00 a.m. I was standing in the common area of my unit watching TV for about 10 minutes, when "Bubba" encouraged 5 Neo-Nazi's (aka "Hater's) which included: 1) Charlie _____; Moma; "Jimbo"; "Shakes" and "Mitch". Charlie walked up

Exhibit B                              -1-

to me within 8" of my face and told me to "Get out of our area.". I was actually about 1 foot from a computer that I was waiting to become free for me to use and not among the "supposed" Nazi Area. There is no "Nazi reserved areas".

When I did not move an inch and told them that I would stand were I wanted to stand which was for only 10 minutes or so waiting for a free computer; 3 more rushed up and started yelling too.

I told them that if they wanted to fight we could do it right there in front of the "duty officer" and over 25 witnesses or they could go lock their locker's and we can all go over to the LT's office and tell him their complaints or I could have them taken to the FBI or the United States Marshals because I am a CIM in WITSEC. That cooled them off.

However they are still seaking around, behind my back making threats and trying to incite other inmates. This was witnessed by Kyle Ratta (72538-510) and Rusty Fisher (11905-511). A sworn Affidavit from them both will be provided when we can identify the full names and Fed. Id. Numbers for all of them.

See also the attached "Permisive Joinder of A.N. Johnson to Hedrick v. Warden, FCI Fort Dix, BOP Officer N. Kumar et al; Case Number 1:25-cv-05100-RMB-KJS.

I need to be removed from here before injuries occur to me. This is the Modis Operendi of Richard Alaniz. It takes him 2-3 months to get the information from the DSCC about where I have been transferred and to find a cartel gang member to attempt to murder me.

Respectfully,

*Robert J. Hedrick* (signature)

Robert L. Hedrick

Exhibit B                           -2-

Robert L. Hedrick
94886-229 TENNESSEE
FEDERAL BUREAU OF PRISONS
FCI FORT DIX
P.O. BOX 34550
MEMPHIS TN 38134

RECEIVED
NOV 04 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DI

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
P.O. BOX 2797
CAMDEN N.J. 08101

ATTN: CLERK OF THE COURT
C.W. NO. 1:25-CV-5100-RMB-MJS

08101-279797